NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VERSATA SOFTWARE, INC. (FORMERLY KNOWN AS TRILOGY SOFTWARE, INC.), VERSATA DEVELOPMENT GROUP, INC. (FORMERLY KNOWN AS TRILOGY DEVELOPMENT GROUP, INC.), AND VERSATA COMPUTER INDUSTRY SOLUTIONS, INC. (FORMERLY KNOWN AS TRILOGY COMPUTER INDUSTRY SOLUTIONS, INC.),**
*Plaintiffs-Cross Appellants,*

v.

**SAP AMERICA, INC. AND SAP AG,**
*Defendants-Appellants.*

---

2012-1029, -1049

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0153, Magistrate Judge Charles Everingham.

---

**ON MOTION**

---

**ORDER**

SAP America, Inc. and SAP AG move without opposition for a 60-day extension of time, until September 10, 2012, to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 1 1 2012

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Scott Lamar Cole, Esq.
     John W. Thornburgh, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 1 2012

JAN HORBALY
CLERK